UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDY HENRY,

                     Petitioner,

-against-

UNITED STATES OF AMERICA,

                     Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4398 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 29, 2006, denying the petition for a writ of habeas corpus; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
         July 11, 2006

                                               ROBERT C. HEINEMANN
                                               Clerk of Court